UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRACY WATSON,

     Plaintiff,

v.                                     Case No. 3:15cv366/LC/CJK

DEPARTMENT OF CORRECTIONS,

     Defendant.
_____/

## REPORT AND RECOMMENDATION

     This matter is before the court upon referral from the clerk. Plaintiff initiated this action by filing a letter with the Clerk of Court for the U.S. District Court for the Middle District of Florida. (Doc. 1). The case was subsequently transferred to the Northern District of Florida. (Doc. 3). On September 2, 2015, the court directed plaintiff to, within thirty days, submit a motion to proceed *in forma pauperis* and file an amended complaint on the Northern District of Florida's required form. (Doc. 5). Although plaintiff was released from the custody of the Florida Department of Corrections ("FDOC") on August 18, 2015, he failed to provide the court with his address upon release. Accordingly, the court sent its September 2, 2015 Order to Santa Rosa Correctional Institution–plaintiff's last known address–and requested that the FDOC make reasonable efforts to forward the order to plaintiff. (Doc. 5). That mail was not returned as undeliverable. Plaintiff, however, did not submit a motion to proceed *in forma pauperis* or an amended complaint. A review of the FDOC's website revealed plaintiff's address upon release had been updated to 1204 14th

Street West, Salvation Army, Bradenton, Florida 34205.[*] Thus, the court issued a show cause order and directed that it be sent to the Bradenton address. The show cause order has now been returned to the court with the notation "Return to Sender, Attempted - Not Known, Unable to Forward." (Doc. 7). Based on the court's inability to contact plaintiff, the issuance of any other order in this case would be futile.

Accordingly, it is respectfully RECOMMENDED:

1.    That this action be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court apprised of his mailing address.

2.    That the clerk be directed to close the file.

At Pensacola, Florida, this 2nd day of November, 2015.

/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[*] *See* http://www.dc.state.fl.us/ActiveOffenders/, Florida Department of Corrections, Corrections Offender Network, Supervised Population Information Search (last visited October 29, 2015).

Case No. 3:15cv366/LC/CJK

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S.Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.